[No. 9839-3-II.   Division Two.   March 14, 1988.]

JEAN T. BAKKER, *Appellant,* v. SKATE KING CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-00720-3, Waldo F. Stone, J., entered

April 4, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.